

**NUMBER 13-20-00402-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF C.M.D., A CHILD

---

**On appeal from the 24th District Court
of Victoria County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Hinojosa and Perkes
Order Per Curiam**

The cause is before the Court on its own motion. Appellant's brief was originally due on October 28, 2020. Appellant has been granted three extensions. On November 24, 2020, the Court ordered the Honorable Jane Lane to file the appellant brief on or before 5:00 p.m. on December 4, 2020, or to make arrangements with the clerk to appear at a show-cause hearing. On December 7, 2020, appellant's brief was e-filed. On December 8, 2020, the Clerk of the Court notified appellant's counsel that the brief was untimely filed, appeared incomplete, and was not in compliance with Texas Rules of

Appellate Procedure 38.1(b) and (c). *See* TEX. R. APP. P. 38.1(b), (c). The notice further instructed the Honorable Jane Lane to submit an amended brief and motion for leave on or before December 11, 2020, or to contact the Clerk of the Court to arrange for the show-cause hearing previously ordered. To date, appellant's counsel has failed to correct the defects in the brief or contact the Court to arrange for a show-cause hearing.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. *See id.* Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, email address, and state bar number of said counsel shall be included in an order.

The trial court shall cause its findings and order, if any, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of proceedings to be prepared, if any. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before December 28, 2020.

It is so ORDERED.

PER CURIAM

Delivered and filed the
18th day of December, 2020.